```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 04 B 42805
   JEFFERY L HAYNES
                                               CHAPTER 13

                                               JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-6660

---------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
     The case was filed on 11/17/2004 and was confirmed 03/02/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated 100.00% from remaining funds.

     The case was dismissed after confirmation 08/22/2007.
---------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
---------------------------------------------------------------------------
CITY NATIONAL BANK         CURRENT MORTG           .00           .00           .00
CITY NATIONAL BANK         MORTGAGE ARRE       3923.19           .00       3923.19
AMERICAS SERVICING COMPA   CURRENT MORTG           .00           .00           .00
AMERICAS SERVICING COMPA   MORTGAGE ARRE       8576.56           .00       8576.56
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY        2,080.20                     1,074.20
TOM VAUGHN                 TRUSTEE                                           776.05
DEBTOR REFUND              REFUND                                               .00

        Summary of Receipts and Disbursements:
---------------------------------------------------------------------------
                  RECEIPTS             DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE         14,350.00

PRIORITY                                       .00
SECURED                                  12,499.75
UNSECURED                                      .00
ADMINISTRATIVE                            1,074.20
TRUSTEE COMPENSATION                        776.05
DEBTOR REFUND                                  .00
                ---------------          ---------------
TOTALS          14,350.00                14,350.00
```

              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 42805 JEFFERY L HAYNES

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 12/05/07

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE